IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CANAL INSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 24-2099-KHV |
| | ) | |
| **D&M MARKETING, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER OF DEFAULT JUDGMENT

On December 11, 2025, the Clerk entered default against Travis Edwards. Clerk's Entry Of Default Against Defendant Travis Edwards (Doc. #54). This matter is before the Court on plaintiff's Motion For Default Judgment Against Defendant Travis Edwards With Incorporated Memorandum Of Law (Doc. #56) filed January 8, 2026. Plaintiff seeks the same declaratory relief as the relief requested in its Second Amended Complaint For Declaratory Judgment (Doc. #36) filed March 4, 2025, which it served on Edwards. The Court therefore sustains plaintiff's motion. See Fed. R. Civ. P. 55(b)(2).

**IT IS THEREFORE ORDERED** that plaintiff's Motion For Default Judgment Against Defendant Travis Edwards With Incorporated Memorandum Of Law (Doc. #56) filed January 8, 2026 is **SUSTAINED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Canal Insurance Company does not owe and has never owed Travis Edwards a duty to defend him against the claims asserted by L.S. and Ted Suenram in the District Court of Lyon County, Kansas (Case No. LY-2024-CV-000008) under the Commercial General Liability Coverage Part of the Canal Insurance Policy No. I-72022001–4.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Canal Insurance Company does not owe Travis Edwards a duty to indemnify him under the Commercial General Liability Coverage Part of the Canal Insurance Policy No. I-72022001–4 for the claims asserted by L.S. and Ted Suenram or for any judgment that may be entered on any such claims.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2026 at Kansas City, Kansas.

                                                 s/ Kathryn H. Vratil
                                                 KATHRYN H. VRATIL
                                                 United States District Judge